JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant –GREEN

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-CR-063-JCM-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DEL GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant DEL GREEN and STEVEN ROSE, Assistant United States Attorney, that arraignment currently scheduled for December 10, 2024 at 3:00 p.m., be vacated and reset to December 11, 2024.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

2. Counsel for the defense has a personal conflict on that date and time and just found out about the hearing a few hours ago.

3. For all the above-stated reasons, the ends of justice would best be served by a

1  continuance of the arraignment to December 11, 2024.

2          This is the first request for continuance filed herein.

3                  DATED: March 6, 2022

4

5

6          _____/S/_____                    _____/S/_____
   JESS R MARCHESE, ESQ.                          STEVEN ROSE, ESQ.
7  601 S. Rancho Drive, B-14                      Assistant United States Attorney
   Las Vegas, Nevada 89106                        333 Las Vegas Blvd South #5000
8  Attorney for Defendant                         Las Vegas, Nevada 89101

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant GREEN

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-CR-063-JCM-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEL GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1.  Counsel for defendant has spoken to United States' counsel and he has no objection

    to the continuance.

2.  Counsel for the defense has a personal conflict on that date and time.

3.  For all the above-stated reasons, the ends of justice would best be served by a

continuance of the arraignment to December 11, 2024.

This is the first request for continuance filed herein.

**ORDER**

IT IS HEREBY ORDERED that the Stipulation and Order (ECF No. 138) is GRANTED.

IT IS FURTHER ORDERED that the Hearing currently scheduled for December 10, 2024, at 3:00 p.m., is continued to the 11th day of December, 2024 at 2:30 p.m., in courtroom 3D.

DATED this 10th day of December, 2024.

_____
U.S. MAGISTRATE JUDGE