JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant –GREEN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-063-JCM-NJK |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| DEL GREEN, | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant DEL GREEN and STEVEN ROSE, Assistant United States Attorney, that arraignment currently scheduled for December 11, 2024 at 2:30 p.m., be vacated and reset to December 13, 2024.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

2. Counsel for the defense is extremely sick and at home.  It would not be prudent for him to be in Court around other people.

3. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the arraignment to December 13, 2024.

This is the second request for continuance filed herein.

DATED: December 11, 2024,

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | STEVEN ROSE, ESQ. |
| 601 S. Rancho Drive, B-14 | Assistant United States Attorney |
| Las Vegas, Nevada 89106 | 333 Las Vegas Blvd South #5000 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant GREEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-CR-063-JCM-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEL GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to United States' counsel and he has no objection to the continuance.

2. Counsel for the defense is extremely sick and at home.  It would not be prudent for him to be in Court around other people.

3. For all the above-stated reasons, the ends of justice would best be served by a continuance of the arraignment on December 11, 2024.

This is the second request for continuance filed herein.

## **ORDER**

IT IS HEREBY ORDERED that the Stipulation (ECF No. 140) is GRANTED.

IT IS FURTHER ORDERED that the Hearing currently scheduled for December 11, 2024, at 2:30 p.m., is continued to December 13, 2024 at 1:00 p.m. in Courtroom 3D.

Dated this 11th day of December, 2024.

_____
**U.S. MAGISTRATE JUDGE**