JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant –GREEN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-CR-063-JCM-NJK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DEL GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant DEL GREEN and STEVEN ROSE, Assistant United States Attorney, that arraignment currently scheduled for March 31, 2025, be vacated and reset to a time convenient to the court, but not less than 60 days.

This Stipulation is entered into for the following reasons:

1. Defendant is currently residing in a residential living program following successful completion of residential treatment.

2. The residential program is a long-term program, lasting potentially for a year.

3. The program is rent-free, and provides on-site treatment classes and drug testing. The program also facilitates money management after participants being working.

-1-

4. The program is based in Northern Nevada, and as such Defendant is residing there.

5. Currently, Defendant does not have the means to travel to Las Vegas for the hearing.

6. Counsel for Defendant, counsel for the government, and the supervising officer for Defendant have spoken, and are all in agreement to continue the revocation hearing to determine whether Defendant can maintain the current positive trajectory. At the end of that period, the parties will discuss Defendant's progress and resolution of the petition for revocation.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the arraignment to a time and date convenient to the Court, but not less than 60 days from the date of the hearing.

This is the second request for continuance filed herein.

DATED: March 28, 2025

____/S/_____   ____/S/_____
JESS R MARCHESE, ESQ.              STEVEN ROSE, ESQ.
601 S. Rancho Drive, B-14          Assistant United States Attorney
Las Vegas, Nevada 89106            333 Las Vegas Blvd South #5000
Attorney for Defendant             Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant GREEN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-CR-063-JCM-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEL GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant is currently residing in a residential living program following successful completion of residential treatment.

2. The residential program is a long-term program, lasting potentially for a year.

3. The program is rent-free, and provides on-site treatment classes and drug testing. The program also facilitates money management after participants being working.

4. The program is based in Northern Nevada, and as such Defendant is residing there.

5. Currently, Defendant does not have the means to travel to Las Vegas for the hearing.

6. Counsel for Defendant, counsel for the government, and the supervising officer for Defendant have spoken, and are all in agreement to continue the revocation hearing to determine whether Defendant can maintain the current positive trajectory. At the end of that period, the parties will discuss Defendant's progress and resolution of the petition for revocation.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the arraignment to a time and date convenient to the Court, but not less than 60 days from the date of the hearing.

## ORDER

IT IS HEREBY ORDERED that the Hearing currently scheduled for March 31, 2025, be continued to June 3, 2025, at 10:00 a.m.

IT IS SO ORDERED.

DATED: March 28, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2